IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VOA NATIONAL HOUSING CORP., ET AL § | |
| § | |
| v. § | C.A. NO. _____ |
| § | |
| INSTAR SERVICES GROUP, LP, ET AL § | |
| § | |

## **NOTICE OF REMOVAL**

COME NOW, ACE American Insurance Company ("ACE"), and without waiving any of their defenses, hereby give notice of removal of this case from the Civil District Court for the Parish of Orleans, Louisiana to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1332 and § 1441(a).

1. Plaintiffs filed this action on August 31, 2009 in the Civil District Court for the Parish of Orleans, Louisiana.

2. Defendant Instar Services Group, LP filed its Answer on November 2, 2009.

3. Plaintiffs filed a First Amending Petition first naming ACE as a defendant on January 8, 2014.

4. Plaintiffs did not seek leave of court to amend the original Petition or consent of the adverse party prior to filing their First Amending Petition pursuant to Louisiana Code of Civil Procedure art. 1151.

5. Judgment ordering Plaintiffs' Motion to Approve Filing of First Amending Petition was signed on April 8, 2014.  This notice of removal is timely filed no more than 30 days after receipt of the first pleading from which it may be ascertained that the case is removable.  28 U.S.C 1446(b)(2)(B).

6. This action is removable pursuant to 28 U.S.C. § 1441(a).

7. This Honorable Court occupies the district in which Plaintiffs' original Petition was filed.

8. The Brief in Support of the Notice of Removal is attached hereto.

9. Consent to Removal of Instar Services Group, LP is attached as Exhibit A.

10. Consent to Removal of Interstate Restoration, LLC is attached as Exhibit B.

11. A copy of the state court docket sheet is attached as Exhibit C.

12. Copies of all pleadings asserting causes of action, answers, and orders on file in the state court shall be filed within 14 days pursuant to 28 U.S.C. §1447(b) and Local Rule 3.2.

13. A list of all counsel of record, including addresses and telephone numbers, is attached as Exhibit D.

14. A copy of the return of service of process filed in state court on ACE American Insurance Company is attached as Exhibit E.

15. A copy of the state court's April 8, 2014 order approving the filing of Plaintiff's First Amending Petition is attached as Exhibit F.

16. The name and address of the state court from which this action is:

    Civil District Court for the Parish of Orleans
    Division "H"
    421 Loyola Ave.
    New Orleans, LA 70112

WHEREFORE, PREMISES CONSIDERED, Defendant ACE American Insurance Company notifies this Court of the removal of this action from the Civil District Court for the Parish of Orleans, Louisiana to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

BROWN SIMS

By: /s/ Mark Clark
    MARK L. CLARK
    PIERCE C. AZUMA
    650 Poydras Street, Suite 2200
    New Orleans, Louisiana 70130
    Tel: (504) 569-1007
    Fax: (504) 569-9255
    mclark@brownsims.com
    pazuma@brownsims.com

ATTORNEYS FOR DEFENDANT ACE
AMERICAN INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy has been served upon the following counsel via e-file.  If counsel is not a user of the e-file system, then this document will be served *via* Certified Mail, return receipt requested on the 7th day of May, 2014.

  Clarence F. Favret, III
  David Vicknair
  228 St. Charles Avenue, Suite 1310
  New Orleans, Louisiana 70130
  *Attorneys for Plaintiff*

  Allen C. Miller
  Stephanie Villagomez Lemoine
  One Canal Place
  365 Canal Street, Suite 2000
  New Orleans, Louisiana 70130
  *Attorneys for Instar Services Group, LP*

  Scott C. Barney
  Philip R. Sims
  Matt N. Terrell
  8550 United Plaza Blvd., Suite 103
  Baton Rouge, Louisiana 70809
  *Attorneys for Interstate Restoration, LLC*

            */s/ Mark Clark*
            Mark L. Clark